# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENDORA D. BARKSDALE, | : |
| Plaintiff, | : |
| v. | : C.A. No. 18-cv-00086 GMS |
| AMAZON.COM.DEDC LLC, | : TRIAL BY JURY DEMANDED |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for the parties, that all claims against all Defendants are hereby dismissed with prejudice and each party will bear its own costs.

**MORGAN, LEWIS & BOCKIUS, LLP**  **TYBOUT, REDFEARN & PELL**

By: /s/ Amy M. Dudash                     By: /s/ David G. Culley
Amy M. Dudash (#5741)                     David G. Culley (#2141)
1007 North Orange Street, Suite 501       750 Shipyard Drive, Suite 400
Wilmington, DE 19801                      Wilmington, DE 19801
302-574-3000                              302-658-6901
*Attorney for Plaintiff*                  *Attorneys for Defendants*

**SO ORDERED** this_____ day of _____, 2018.

_____
J.